IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

William Morgan Fussell,    )
                           )   2:11-cv-02766-GEB-EFB
          Plaintiff,       )
                           )
     v.                    )   **ORDER ADOPTING TENTATIVE**
                           )   **RULING**
AMCO Insurance Company, a  )
corporation,               )
                           )
          Defendant.       )
_____)

On January 9, 2013, a tentative ruling was filed granting Defendant's Motion for Summary Judgment. (Tent. Ruling, ECF No. 19.) The parties were given the opportunity to "file and serve written objections to any part of th[e] tentative ruling no later than seven (7) days after the date on which th[e] order [wa]s filed." (Tent. Ruling 26:5-7.) The tentative ruling also stated: "If no objection is filed, this tentative ruling will become final without further order of this Court, and the Clerk of Court will be directed to enter judgment for Defendant." (Id. 26:8-10.) Neither party filed an objection. Therefore, the tentative ruling is adopted as the decision on the motion. Since Defendant's Motion for Summary Judgment is granted, judgment shall be entered in

1  favor of Defendant in accordance with the decision, and the hearing
2  scheduled for January 22, 2013, at 9:00 a.m. is vacated.
3  Dated: January 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge